UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| FRANCISCO & PATRICIA AYALA | 08-10565-B-13 |
| DEBTORS | |

## TRUSTEE'S REPORT OF 341(A) MEETING

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The meeting of creditors in the above referenced Chapter 13 proceeding was held on November 20, 2008, pursuant to Section 341 of the Bankruptcy Code. The Debtors appeared and submitted to the examination. Upon examination of the statements of counsel, the testimony at said meeting, and a review of the Plan, the attached Summary and Analysis of Chapter 13 Plan, and papers on file in this cause, it appears to your Trustee that:

1. All filing fees have been paid or will be paid through the Plan.
2. The Plan has been proposed in good faith and not by any means prohibited by law.
3. The amount to be distributed to each allowed unsecured claim is not less than would be paid if the estate liquidated under Chapter 7 Bankruptcy Code.
4. The Debtors' budget reflects a good faith estimate of income and reasonable living expenses and shows an apparent ability to fund the plan.
5. The Trustee recommends that claims be treated as shown on the attached Summary and Analysis of Chapter 13 Plan until such time as the Creditor(s), Debtors or other interested party institutes an action to object to or modify such claim.
6. The Trustee further recommends that no property received by the Trustee for the purpose of distribution under the Plan shall revest in the Debtors except to the extent that it may be in excess of the amount needed to pay claims under the Plan.
7. The Plan as proposed in the Summary and Analysis of Chapter 13 Plan should be confirmed.

Respectfully Submitted: March 05, 2009             /s/ CINDY BOUDLOCHE
                                                                              CINDY BOUDLOCHE
                                                                              CHAPTER 13 TRUSTEE
                                                                              555 N. Carancahua Ste 600
                                                                              Corpus Christi, TX 78478
                                                                              (361) 883-5786

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

## SUMMARY AND ANALYSIS OF CHAPTER 13 PLAN

RE:  FRANCISCO & PATRICIA AYALA               Case No.: 08-10565-B-13

### Attorney
Name: THE STONE LAW FIRM PC (B)
| | |
|---|---:|
| Attorney fees paid direct | 526.00 |
| Amount to be paid through the Plan | 2,659.00 |

### Budget
| | |
|---|---:|
| Total net monthly income | 4,614.89 |
| Total monthly expenses | 3,610.34 |
| Difference | 1,004.55 |
| | |
| Plan Payment | 1,000.00 |

| | | | |
|---|---|---|---:|
| Plan Base | 60,000.00 | Duration of Plan | 60 |

| | |
|---|---:|
| Gross amount from Debtor(s) | 60,000.00 |
| Less administrative expense | $5,800.03 |
| Net available to Creditors | 54,199.97 |

| Creditor | Amount of Claim | Value of Collateral | Int Rate | 1st/Last Pmt (Est) | Estimated Total |
|---|---:|---:|---:|---:|---:|
| **Priority** | | | | | |
| THE STONE LAW FIRM PC (B) | 2,659.00 | 0.00 | 0.00 | | 2,659.00 |
| | | | | | |
| **Secured** | | | | | |
| GONZALEZ FURNITURE | 5,046.40 | 0.00 | 7.25 | 09/56 | 5,978.01 |
| HSBC | 24,603.00 | 0.00 | 0.00 | 01/56 | 24,603.00 |
| HSBC | 417.00 | 0.00 | 0.00 | 57/57 | 417.00 |
| HSBC | 834.00 | 0.00 | 9.00 | 09/56 | 1,028.61 |
| HSBC AUTO FINANCE FKA HOUSEHOLD AUTO FINAN | 13,935.77 | 0.00 | 7.25 | 01/56 | 16,381.41 |
| WELLS FARGO FINANCIAL TEXAS | 133.59 | 0.00 | 6.50 | 13/56 | 156.96 |

| | |
|---|---:|
| Total priority and secured | 51,223.99 |
| Amount available to unsecured | 2,975.98 |
| Total unsecured | 33,766.38 |
| Percentage to unsecured | 8.81% |

\*  Amount in excess of value of collateral to be treated as unsecured.
\*\* Special class unsecured listed under priority

DEBTORS:
FRANCISCO & PATRICIA AYALA

CASE NO:
08-10565-B-13

| Unsecured Creditors | Amount Of Claim | % Paid | Amount to be Paid |
|---|---:|---:|---:|
| CITIBANK | 3,722.41 | 8.81 % | 328.07 |
| ECAST SETTLEMENT CORPORATION | 10,271.76 | 8.81 % | 905.30 |
| PRA RECEIVABLES MANAGEMENT LLC | 640.13 | 8.81 % | 56.42 |
| RECOVERY MANAGEMENT SYSTEMS | 143.16 | 8.81 % | 12.62 |
| RECOVERY MANAGEMENT SYSTEMS | 199.10 | 8.81 % | 17.55 |
| RECOVERY MANAGEMENT SYSTEMS | 170.11 | 8.81 % | 14.99 |
| ROUNDUP FUNDING LLC | 428.83 | 8.81 % | 37.79 |
| ROUNDUP FUNDING LLC | 1,040.18 | 8.81 % | 91.68 |
| US DEPT OF EDUCATION | 519.70 | 8.81 % | 45.80 |

| Unsecured Creditors (Not Filed) | Amount Of Claim | % Paid | Amount to be Paid |
|---|---:|---:|---:|
| BENEFICIAL | 10,374.00 | 8.81 % | 914.31 |
| CITIBANK | 3,318.00 | 8.81 % | 292.43 |
| CITIBANK | 327.00 | 8.81 % | 28.82 |
| CMRE FINANCIAL SERVICE INC | 931.00 | 8.81 % | 82.05 |
| CMRE FINANCIAL SERVICE INC | 415.00 | 8.81 % | 36.58 |
| COLLECTION COMPANY OF AMERICA | 145.00 | 8.81 % | 12.78 |
| CREDITORS SERVICE BUREAU | 312.00 | 8.81 % | 27.50 |
| HSBC BANK | 779.00 | 8.81 % | 68.66 |
| HSBC BANK | 30.00 | 8.81 % | 2.64 |
| Total | 33,766.38 | | 2,975.99 |

The following claims shall be paid directly by the Debtor(s):

COUNTRYWIDE HOME LENDING        HOMESTEAD 1ST LIEN                         34,342.00

The following claims will be settled by surrender of collateral:


The following liens are avoided pursuant to 11 USC 522 (f) and the creditors' secured claims will be treated as unsecured:

SUMMARY AND ANALYSIS

DEBTORS:
FRANCISCO & PATRICIA AYALA

Page 4

CASE NO:
08-10565-B-13

THIS SUMMARY AND ANALYSYS REPRESENTS THE DEBTOR'S FINAL PLAN.

02/10/2009